152

## HUT NECKWEAR COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 224, Docket 22366.

United States Court of Appeals
Second Circuit.

Argued May 14, 1953.

Decided June 23, 1953.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Harry Baum, Sp. Assts. to Atty. Gen., for respondent.

Charles Gadd, New York City, Milton Gould, New York City, of counsel, for petitioner.

Before CHASE, CLARK and FRANK, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed on the findings below and on the authority of Whitney Chain & Mfg. Co. v. Commissioner of Internal Revenue, 2 Cir., 149 F.2d 936.

---

## In the Matter of REGENCY, Inc., Bankrupt. William Henig, Trustee, Agnes Ford, Executrix of the Estate of L. Stanley Ford, Attorney for the Trustee, and Paul T. Huckin, Attorney for the Trustee, Appellants.

### No. 11033.

United States Court of Appeals
Third Circuit.

Argued June 8, 1953.

Decided June 29, 1953.
Rehearing Denied Aug. 19, 1953.

Paul T. Huckin, Englewood, N. J., for appellants.

Abraham H. Sles, Jersey City, N. J. (Eichmann & Seiden, Jersey City, N. J., on the brief), for appellee.

Before BIGGS, Chief Judge, and KALODNER and STALEY, Circuit Judges.

PER CURIAM.

A careful examination of the record in this case and consideration of the briefs and oral arguments of counsel for the parties convince us that the court below committed no error. Accordingly, the judgment appealed from will be affirmed.

---

## UNITED IRON & METAL COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent (two cases).

## Samuel MARYN'S ESTATE, Deceased; Mellon National Bank & Trust Company and Mrs. Evelyn Maryn, Executors, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent (two cases).

### Nos. 11006-11009.

United States Court of Appeals
Third Circuit.

Argued June 11, 1953.

Decided June 29, 1953.
Rehearing Denied Aug. 5, 1953.

Earl Roy Surloff and John A. McCann, Pittsburgh, Pa. (Herbert B. Sachs, Pittsburgh, Pa., on the brief), for petitioners.

S. Walter Shine, Washington, D. C. (H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, L. W. Post, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS, Chief Judge, and STALEY and HASTIE, Circuit Judges.

PER CURIAM.

We cannot see that the findings of the Tax Court are clearly erroneous and we can perceive no error of law. Accordingly, the decisions of the Tax Court will be affirmed.